Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSHA HALBERSTAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CRAFT BREW ALLIANCE, INC., DAVID R. LORD, TIMOTHY P. BOYLE, MARC J. CRAMER, PAUL D. DAVIS, MATTHEW E. GILBERTSON, KEVIN R. KELLY, NICKOLAS A. MILLS, and JACQUELINE S. WOODWARD,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01243-JAK-PJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Susha Halberstam ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal

is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 2, 2020 **WEISSLAW LLP**

By: _____
Joel E. Elkins
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348
      -and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY  10036
Telephone: 212/682-3025
Facsimile:  212/682-3010

*Attorneys for Plaintiff*